UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- NORTHERN DIVISION

KIMBERLY CHAPMAN,
    Plaintiff,

-vs-                                Case No. 15-cv-13500
                                      Hon. Thomas L. Ludington

EQUIFAX INFORMATION SERVICES, LLC
*et al*.
    Defendants

## **STIPULATED ORDER OF DISMISSAL AS TO C.B. SERVICES, INC.**

Having been advised by the stipulation of the parties below, it is ordered that the claims against C.B. Services, Inc. are dismissed with prejudice and without costs, sanctions, or attorney fees to any party.

**IT IS SO ORDERED:**

                                                  s/Thomas L. Ludington
                                                  THOMAS L. LUDINGTON
                                                  United States District Judge

Dated: June 2, 2016

Stipulated To By:

s/ Michael J. Bonvolanta  
Michael J. Bonvolanta (P-80038)  
LYNGKLIP & ASSOCIATES  
CONSUMER LAW CENTER, PLC  
Attorney For Kimberly Chapman  
24500 Northwestern Hwy., Ste. 206  
Southfield, MI 48075  
PH: (248) 208-8864  
MichaelB@MichiganConsumerLaw.Com

s/ with consent Gregory T. Stremers  
Gregory T. Stremers (P-45006)  
Touma, Watson, Whaling, Coury & Stremers, P.C.  
Attorney for C. B. Services, Inc.  
316 McMorran Blvd.  
Port Huron, MI 48060  
PH: (810) 987-7700  
gtstremers@twwcc.com

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 2, 2016.

s/Michael A. Sian  
MICHAEL A. SIAN, Case Manager