UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- NORTHERN DIVISION

KIMBERLY CHAPMAN,
    Plaintiff,

 -vs-                                            Case No. 15-cv-13500
                                                  Hon. Thomas L. Ludington

EQUIFAX INFORMATION SERVICES, LLC
*et al*.
    Defendants

## STIPULATED ORDER OF DISMISSAL AS TO DEFENDANT CBCINNOVIS, INC.

Having been advised by the stipulation of the parties below, it is ordered that the claims against CBCInnovis, Inc. are dismissed with prejudice and without costs, sanctions, or attorney fees to any party.

**IT IS SO ORDERED:**

                                                        s/Thomas L. Ludington
                                                        THOMAS L. LUDINGTON
                                                        United States District Judge

Dated: June 2, 2016

Stipulated To By:

| | |
|---|---|
| s/ Michael J. Bonvolanta | s/ with consent Jason Spak |
| Michael J. Bonvolanta P-80038 | Jason Spak |
| LYNGKLIP & ASSOCIATES | Picadio Sneath Miller & Norton, P.C. |
| CONSUMER LAW CENTER, PLC | Attorney for CBCInnovis, Inc. |
| Attorney For Kimberly Chapman | Four Gateway Center |
| 24500 Northwestern Highway, Ste. 206 | 444 Liberty Avenue, Ste. 1105 |
| Southfield, MI 48075 | Pittsburgh, PA 15222 |
| PH: (248) 208-8864 | PH: (412) 288-4385 |
| MichaelB@MichiganConsumerLaw.Com | jspak@psmn.com |

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 2, 2016.

                                  s/Michael A. Sian
                                  MICHAEL A. SIAN, Case Manager