UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- NORTHERN DIVISION

KIMBERLY CHAPMAN,
    Plaintiff,

-vs-                                        Case No. 15-cv-13500
                                            Hon. Thomas L. Ludington

EQUIFAX INFORMATION SERVICES, LLC
*et al*.,
    Defendants.

## STIPULATED ORDER OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Having been advised by the stipulation of the parties below, it is ordered that the claims against Experian Information Solutions, Inc. are dismissed with prejudice and without costs, sanctions, or attorney fees to any party.

**IT IS SO ORDERED:**

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: June 8, 2016

Stipulated To By:

s/ Michael J. Bonvolanta       s/ with consent Tamara E. Fraser
Michael J. Bonvolanta (P-80038)    Tamara E. Fraser (P-51997)
LYNGKLIP & ASSOCIATES      WILLIAMS, WILLIAMS, RATTNER
CONSUMER LAW CENTER, PLC    & PLUNKETT, P.C.
Attorney For Kimberly Chapman    Attorney for Experian Information
24500 Northwestern Hwy., Ste. 206   Solutions, Inc.
Southfield, MI 48075       380 N. Old Woodward Avenue, Ste. 300
PH: (248) 208-8864       Birmingham, MI 48009
MichaelB@MichiganConsumerLaw.Co  PH: (248) 642-0333
m             tefraser@wwrplaw.com

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 8, 2016.

s/KIM GRIMES_____
Kim Grimes Acting in the Absence of
Michael A. Sian, Case Manager