UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

KIMBERLY CHAPMAN,
    Plaintiff

-vs-                                    Case No. 1:15-CV-13500
                                          Hon. Thomas L. Ludington
                                          Magistrate Judge: Patricia T. Morris

EQUIFAX INFORMATION SERVICES, LLC
*et al*.
    Defendants

## STIPULATED ORDER OF VOLUNTARY DISMISSAL

Having been advised by the stipulation of the parties below, it is ordered that the claims against Equifax Information Services, LLC are dismissed with prejudice and without costs, sanctions, or attorney fees to any party.

The court retains jurisdiction for purposes of enforcing the settlement in this matter.

**IT IS SO ORDERED**

                                                s/Thomas L. Ludington
                                                THOMAS L. LUDINGTON
                                                United States District Judge

Dated: September 27, 2016

Stipulated To By:

| | |
|---|---|
| s/ Bryan E. Kontry | s/Meryl Roper (with consent) |
| Bryan E. Kontry | Meryl Roper |
| Attorney For Kimberly Chapman | King & Spalding, LLP |
| LYNGKLIP & ASSOCIATES CONSUMER LAW CENTER, PLC | Attorney for Equifax Information Services, L.L.C. |
| 24500 Northwestern Highway, Ste. 206 | 1180 Peachtree Street N.E. |
| Southfield, MI 48075 | Atlanta, GA 30309-3521 |
| (248) 208-8864 | (404) 572-4600 |
| bryank@michiganconsumerlaw.com | mroper@kslaw.commroper@kslaw.com |

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 27, 2016.

s/Kelly Winslow for
MICHAEL A. SIAN, Case Manager