UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- NORTHERN DIVISION

KIMBERLY   CHAPMAN,
    Plaintiff,

-vs-                                        Case No. 1:15-CV-13500
                                                Hon. Thomas L. Ludington
                                                Magistrate Judge: Patricia T. Morris

EQUIFAX INFORMATION SERVICES, LLC
*et al*.
    Defendants.

## **STIPULATED ORDER OF DISMISSAL**

Having been advised by the stipulation of the parties below, it is ordered that the claims against Capital One Bank (USA), N.A. are dismissed with prejudice and without costs, sanctions, or attorney fees to any party.

**IT IS SO ORDERED:**


Dated: October 17, 2016                                      s/Thomas L. Ludington
                                                                                THOMAS L. LUDINGTON
                                                                                 United States District Judge

Stipulated To By:

s/ Bryan E. Kontry                               s/ with consent Matthew O. Stromquist
Bryan E. Kontry P-72631                  Matthew O. Stromquist
LYNGKLIP & ASSOCIATES          PILGRIM CHRISTAKIS, LLP
CONSUMER LAW CENTER, PLC   Attorney for Capital One Bank (USA),
Attorney For Kimberly   Chapman    N.A.
24500 Northwestern Hwy., Ste. 206   321 North Clark Street, 26th Floor
Southfield, MI 48075                         Chigago, IL 60654
PH: (248) 208-8864                           PH:(312) 939-6580
BryanK@MichiganConsumerLaw.com   mstromquist@pilgrimchristakis.com

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 17, 2016.

s/Michael. A. Sian
MICHAEL A. SIAN, Case Manager