UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- NORTHERN DIVISION

KIMBERLY CHAPMAN,
    Plaintiff

Case No. 1:15-CV-13500

-vs-

Hon. Thomas L. Ludington
Magistrate Judge: Patricia T. Morris

EQUIFAX INFORMATION SERVICES, LLC
*et al*.
    Defendants

## STIPULATED ORDER OF DISMISSAL

Having been advised by the stipulation of the parties below, it is ordered that the claims against Aaron's Inc. are dismissed with prejudice and without costs, attorney fees or sanctions to any party.

**SO ORDERED**.

    s/Thomas L. Ludington
    THOMAS L. LUDINGTON
    United States District Judge

Dated: April 5, 2017

Stipulated To By:

| | |
|---|---|
| /s/ Ian B. Lyngklip | /s/ Jeffrey M. Thomson |
| Ian B. Lyngklip P47173 | Jeffrey M. Thomson (P72202) |
| LYNGKLIP & ASSOCIATES CONSUMER LAW CENTER, PLC | MORGANROTH & MORGANROTH, PLLC |
| Attorney For Kimberly Chapman | Attorney for Defendant Aaron's Inc. |
| 24500 Northwestern Highway, Ste. 206 | 344 n. Old Woodward Ave., Suite 200 |
| Southfield, MI 48075 | Birmingham, MI 48009 |
| PH: (248) 208-8864 | PH: (248) 864-4000 |
| Ian@MichiganConsumerLaw.Com | JThomson@morganrothlaw.com |

/s/ Justin A. Chmielewski
Charity Olson (P-68295)
Justin A. Chmielewski (P-81053)
Olson Law Group
Attorney for Merchants & Medical Credit
2723 S. State Street
Ste. 150
Ann Arbor, MI 48104
PH: (734) 222-5179
colson@olsonlawpc.com
jac@olsonlawpc.com

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 5, 2017.

s/Kelly Winslow for
MICHAEL A. SIAN, Case Manager