UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- NORTHERN DIVISION

KIMBERLY CHAPMAN,
    Plaintiff

-vs-                                    Case No. 1:15-cv-13500
                                          Hon. Thomas L. Ludington
                                          Magistrate Judge: Patricia T. Morris

EQUIFAX INFORMATION SERVICES, LLC
*et al*.
    Defendants

## **STIPULATED ORDER OF DISMISSAL**

Having been advised by the stipulation of the parties below, it is ordered that the claims against Merchants & Medical Credit Corporation, Inc. are dismissed with prejudice and without costs or attorney fees.

    **So ordered**.

                                                          s/Thomas L. Ludington
                                                          THOMAS L. LUDINGTON
                                                          United States District Judge

Dated: May 3, 2017


Stipulated To By:


s/ Ian B. Lyngklip                                s/ by consent Charity Olson    \
Ian B. Lyngklip P47173                       Charity Olson (P-68295)
LYNGKLIP & ASSOCIATES               Olson Law Group
CONSUMER LAW CENTER, PLC      Attorney for Merchants & Medical Credit
Attorney For Kimberly Chapman         2723 S. State Street
24500 Northwestern Highway, Ste. 206  Ste. 150
Southfield, MI 48075                          Ann Arbor, MI 48104
PH: (248) 208-8864                            PH: (734) 222-5179
Ian@MichiganConsumerLaw.Com

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 3, 2017.

                                              s/Michael A. Sian  
                                              MICHAEL A. SIAN, Case Manager